IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 4:12-CV-00305-RAS-DBB |
| | § | |
| | § | |
| NATIONWIDE CREDIT, INC. | § | |
| | § | |
| Defendants. | § | |

**NATIONWIDE CREDIT, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, Defendant Nationwide Credit, Inc. (NCI), through counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCI is a wholly-owned subsidiary of Altisource Portfolio Solutions, Inc., and is not publicly traded; Altisource Portfolio Solutions, Inc., is a wholly-owned subsidiary of Altisource Solutions S.á.r.l., and is not publicly traded; Altisource Solutions S.á.r.l. is a wholly-owned subsidiary of Altisource Portfolio Solutions, S.A., and is not publicly traded; and Altisource Portfolio Solutions, S.A., is a publicly traded

corporate entity and does not have a parent corporation, and no publicly held corporation owns more than 10% of its stock.

    Respectfully Submitted,

    /s/ Whitney L. White
    Whitney L. White
    State Bar No. 24075269

    **Sessions, Fishman, Nathan, & Israel, LLC**
    900 Jackson Street, Suite 440
    Dallas, Texas 75202
    Telephone: (214) 741-3001
    Facsimile: (214) 741-3055
    Email: wwhite@sessions-law.biz

    **Attorney for Defendant,**
    **Nationwide Credit, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2012, a copy of the foregoing **Nationwide Credit, Inc.'s Corporate Disclosure Statement** was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas, and served upon the following:

> *<u>Via CM/RRR</u>*
> David Mack
> 7720 McCallum Blvd #2099
> Dallas, Texas 75252
> Telephone: 972-735-9642

/s/ Whitney L. White
Whitney L. White
